UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

PHH MORTGAGE CORPORATION,

                            Plaintiff,

     -v-

                                                    CIVIL ACTION NO. 25 Civ. 8879 (VSB) (SLC)

PETRONA DAVID, et al.,                                              **ORDER**

                            Defendants.

**SARAH L. CAVE,** United States Magistrate Judge.

This case was referred to the undersigned for general pretrial supervision.  (Dkt. No. 17).

Pursuant to Federal Rule of Civil Procedure 12(a)(1)(A)(i), the deadline for Defendant Petrona

David to respond to the Complaint was on November 25, 2025.  (Dkt. No. 15).  The deadline for

Defendants New York City Environmental Control Board, New York City Parking Violations

Bureau, and New York City Transit Adjudication Bureau to answer the Complaint was on

November 28, 2025.  (Dkt. Nos. 13; 14; 16).  To date, no Defendant has responded to the

Complaint.  As a one-time courtesy, the Court sua sponte EXTENDS the deadline for all

Defendants to respond to the Complaint to **Tuesday, December 9, 2025**.

Defendant is warned that failure to answer, move, or otherwise respond to the Complaint

by **December 9, 2025**, may result in the Court permitting Plaintiff to initiate default proceedings.

Dated:    New York, New York
          December 2, 2025

SO ORDERED.

_____
SARAH L. CAVE
**United States Magistrate Judge**

2