UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

PHH MORTGAGE CORP.,

                                Plaintiff,

        -v-

PETRONA DAVID, et al.,

                                Defendants.

CIVIL ACTION NO.: 25 Civ. 8879 (VSB) (SLC)

**ORDER TO INITIATE DEFAULT PROCEEDINGS**

**SARAH L. CAVE,** United States Magistrate Judge.

Defendants, having been served with a summons and Complaint, were required to respond to the Complaint by November 25 and 28, 2025.  (Dkt. Nos. 13–16).  On December 2, 2025, as a courtesy, the Court sua sponte extended Defendants' deadline to respond to the Complaint until December 9, 2025.  (Dkt. No. 18).  To date, no Answer has been filed on the docket despite the Court's warning to Defendants in the Order dated December 2, 2025 that the Court may direct Plaintiff to initiate default proceedings against Defendants if no Answer is filed by December 9, 2025.  Plaintiff is hereby ORDERED to request a Certificate of Default from the Clerk of Court by **December 17, 2025** and to file a Motion for Default Judgment in accordance with the Individual Practices of the Honorable Vernon S. Broderick, Rule 55 of the Federal Rules of Civil Procedure, and S.D.N.Y. Local Rule 55 by no later than **January 7, 2026.**

Dated:        New York, New York
              December 10, 2025

                                SO ORDERED.

_____
SARAH L. CAVE
**United States Magistrate Judge**